# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2013

## NO. 03-12-00354-CV

**Texas Health and Human Services Commission; Tom Suehs, in his official capacity
as the Commissioner of Health and Human Services; and Billy Millwee,
in his official capacity as the Texas State Medicaid Director, Appellants**

**v.**

**Advocates for Patient Access, Inc.; John Doe A, by and through his next friend,
Laura Garza; John Doe B, by and through his next friend, Nayeli Garza; and
Jane Doe A, by and through her next friend, Isabel Tijerina, Appellees**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## DISMISSED AS MOOT -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** having this day come on to be considered, and it appearing to the Court that nothing is presented for review and the appeal should therefore be dismissed: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal be dismissed as moot in accordance with the opinion of this Court. It is **FURTHER** ordered that each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.